

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 21  P 4: 57

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOE WISE, Individually and<br>on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>MCDERMOTT INTERNATIONAL, INC.,<br>DANIEL R. GAUBERT and ROGER TETRAULT<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 00-0073 "S" MAG: 3<br><br>CLASS ACTION COMPLAINT<br>FOR VIOLATIONS OF<br>FEDERAL SECURITIES LAWS<br><br>JURY TRIAL DEMAND |

**NOTICE AND CERTIFICATE OF RELATED PROCEEDINGS**

Pursuant to Local Rule 3.1, counsel certifies that the above-captioned action involves the same subject matter, operative facts, and defendants as the previously-filed action styled *Andrew Tarica, et al. vs. McDermott International, Inc., Daniel R. Gaubert and Roger Tetrault*, Case No. 99-3831 "R" Magistrate 5. Both actions are class action lawsuits alleging violations of federal securities laws. The allegations in the two cases are all but identical.

Respectfully submitted:

STEEN, McSHANE & WILLIAMSON, L.L.C.

BY: _____
CHARLES M. STEEN #12420
STEPHEN L. WILLAMSON #8316
1250 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 599-8440

JAN 26 2000

TRANSFERRED TO
SECT. R
MAG. 5

DATE OF ENTRY  JAN 26 2000

OF COUNSEL:
G. IRVIN TERRELL
JOSEPH A. CIALONE, II
REBECCA ROBERTSON
KATHERINE TRAVERSE
BAKER BOTTS, L.L.P.
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995
Telephone: (713) 229-1231

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading has been delivered upon counsel for all parties to this proceeding by mailing a copy of same to each by First Class United States mail, properly addressed and postage prepaid on this ___ day of January 2000.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOE WISE, Individually and<br>on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>MCDERMOTT INTERNATIONAL, INC.,<br>DANIEL R. GAUBERT and ROGER TETRAULT<br>Defendants. | § § § § § § § § § | CASE NO. 00-0073 "S" MAG: 3<br><br>CLASS ACTION COMPLAINT<br>FOR VIOLATIONS OF<br>FEDERAL SECURITIES LAWS<br><br>JURY TRIAL DEMAND |

**O R D E R**

Considering the Notice and Certificate of Related Proceedings Pursuant Local Rule 3.1 filed herein by Defendants,

IT IS HEREBY ORDERED that the above entitled action be, and it is hereby transferred to Section "R" of this Court, Honorable Sarah Vance, presiding, and is hereby sonsolidated with Andrew Tarica vs. McDermott Internationa, Inc., Daniel R. Gaubert and Roger Tetrault, Civil Action 99-3831 "R", Magistrate 5, of this Court, for all further proceedings and final deposition.

New Orleans, Louisiana, this 25 day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE