ANDREW TARICA, Individually and on behalf of all others similarly situated;

    Plaintiff - Appellant

GREAT FISH & CO; SSGA WORLD-FUNDS UNITED STATES MATRIX; GRADY HOBBS;

    Appellants

  v.

MCDERMOTT INTERNATIONAL, INC; DANIEL GAUBERT; ROGER TETRAULT

    Defendants - Appellees

-----------------------------

JOE WISE, Individually and on behalf of all others similarly situated

    Plaintiff - Appellant

  v.

MCDERMOTT INTERNATIONAL, INC; DANIEL R GAUBERT; ROGER TETRAULT

    Defendants - Appellees

-----------------------------

DENNIS W ANTHONY, Individually and on behalf of all others similarly situated

    Plaintiff - Appellant

  v.

MCDERMOTT INTERNATIONAL, INC; DANIEL R GAUBERT; ROGER TETRAULT

    Defendants - Appellees

-----------------------------

THOMAS KOWALSKI; MARYANNE M KOWALSKI, Individually and on behalf of all others similarly situated

    Plaintiffs - Appellants

  v.

MCDERMOTT INTERNATIONAL, INC; DANIEL R GAUBERT; ROGER TETRAULT

    Defendants - Appellees

Pursuant to appellants' motion this appeal is dismissed this 26th day of April, 2001, see FED. R. APP. P. 42(b).

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: *[signature]*
    Claudia Farrington, Deputy Clerk

           FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By *[signature]* Claudia Farrington, Deputy 4/26/01
New Orleans, Louisiana

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

NO. 00-31277

U. S. COURT OF APPEALS
**FILED**

APR 25 2001

CHARLES R. FULBRUGE III
CLERK

ANDREW TARICA, Individually
on Behalf Of All Others Similarly Situated,
Plaintiff

VERSUS

MCDERMOTT INTERNATIONAL, INC.,
DANIEL R. GAUBER and ROGER TETRAULT,
Defendants.

APPELLANTS' MOTION TO VOLUNTARILY
DISMISS APPEAL PURSUANT TO F.R.A.P 42(b)

Appellants, including Andrew Tarica, Great Fish & Co., SSGA World-Funds US Matrix and Grady Hobbs, acting for themselves and on behalf of the class of all others similarly situated who purchased the common stock of McDermott International, Inc. during the period from May 21, 1999 through November 11, 1999, pursuant to F.R.A P. 42(b), hereby move this court to dismiss their appeal from the Order and Reasons dated September 19, 2000 and from the

583518/1

Judgment, which was entered into Civil Action No. 99-CV-3831 on September 19, 2000. <u>Tarica v. McDermott</u>, No.99-3831, slip op. (E.D. La., Sept. 19, 2000).

        Respectfully submitted,
April 25, 2001
New Orleans, Louisiana

*/s/ Rachel W. Wisdom*

**STONE, PIGMAN, WALTHER, WITTMAN & HUTCHINSON, LLP.**
Rachel W. Wisdom, 21167
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200

**MILBERG WEISS BERSHAD HYNES & LERACH LLP**
Robert A. Wallner
Brian C. Kerr
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**WEISS & YOURMAN**
Joseph H. Weiss
Richard A. Acocelli
551 Fifth Avenue, Suite 1600
New York, NY 10176
(212) 682-3025

**GAUTHIER, DOWNING, LABARRE BEISER & DEAN, PLC**
Lewis Kahn (23805)
Wendell Gauthier (5984)
3500 North Hullen Street
Metairie, LA 70002
(504) 456-8600

**Counsel for Appellants**

583518/1

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

NO. 00-31277

---

ANDREW TARICA, Individually
on Behalf Of All Others Similarly Situated,
Plaintiff

VERSUS

MCDERMOTT INTERNATIONAL, INC.,
DANIEL R. GAUBER and ROGER TETRAULT,
Defendants.

---

## CERTIFICATE OF SERVICE

I, Rachel W. Wisdom, hereby certify that on April 25, 2001, true and correct copies of Appellants' Motion to Voluntarily Dismiss Appeal Pursuant to RAP 42(b), filed April 25, 2001, was served via first-class mail, postage prepaid, on the following:

Baker Botts, LLP
G. Irvin Terrell, Esq.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
(713) 229-1231

Steen, McShane & Williams, LLP
Charles M. Sheen, Esq.
Stephen L. Williamson, Esq.
1250 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 599-8400

- 2 -

This Declaration is executed at New Orleans, Louisiana on April 25, 2001, under penalties of perjury pursuant to the laws of the United States.

*Rachel W. Wisdom*
Rachel W. Wisdom, 21167